FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

01 MAY 25 AM 9: 53

CLERK, DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| FRANK L. LUCERO, JR., ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 6:00-cv-846-Orl-31KRS |
| MERCK & CO., INC., ) | |
| Defendant. ) | |
| FRANK L. LUCERO, JR., ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 6:00-cv-872-Orl-31KRS |
| ASTRAZENECA AB et. al, ) | |
| Defendants. ) | |

### DEFENDANTS' NOTICE OF SETTLEMENT

Defendants, AstraZeneca AB f/k/a Astra AB, AstraZeneca Pharmaceuticals, L.P. f/k/a KB USA, L.P., and AstraZeneca, L.P. (collectively the "Astra Defendants"), by and through their undersigned counsel, and pursuant to Local Rule 3.08, hereby give notice of the complete settlement of the above-captioned consolidated matters.

JACKSON  LEWIS  SCHNITZLER  &  KRUPMAN

30

DATED this 25th day of May, 2001.

Respectfully submitted,

JACKSON LEWIS SCHNITZLER & KRUPMAN
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: _____
Joanne B. Lambert, Esq.
Florida Bar No. 899062

Trial Counsel and Attorneys for Defendant
ASTRAZENECA AB

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendants' Notice of Settlement has been furnished by U.S. Mail, postage prepaid, to: Keith A. Graham, Esq., Marchena and Graham, P.A., 233 S. Semoran Blvd., Orlando, Florida 32807 and Richard Rosenblatt, Esq., Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, Pennsylvania 19103, this 25th day of May, 2001.

_____
Joanne B. Lambert, Esq.

I:\Clients\A\AstraZeneca_44056\Lucero_44057\Pleadings\Notice of Settlement.DOC